# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL CLARK, | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-02338-JCM-PAL |
| vs. | ) | **ORDER** |
| RENE GALVAN, | ) | |
| Defendant. | ) | |

Before the court is a document filed by Plaintiff styled "A Certification for the Record, A Request for Production of Documents: A Request for Discovery" (Dkt. #24) which was docketed as a Motion for Discovery. In an Order (Dkt. #23) entered November 5, 2010, the court directed the Defendant to file and serve an Answer or other response to the Complaint within forty-five days of the order. Plaintiff may not request discovery from the Defendant until after an Answer has been filed. Accordingly,

**IT IS ORDERED** Plaintiff's Certification (Dkt. #24) is **STRICKEN**.

Dated this 10th day of December, 2010.

_____
Peggy A. Leen
United States Magistrate Judge